**Order filed November 27, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00316-CV
_____

### RODNEY EDWARD THOMAS AND TRACEY RENEE LEWIS, Appellant

### V.

### CHRISTOPHER LATSON, TODD WHITE, SANDRA PEAK, STEVEN SUNDE, AND KIANA WILLIAMS, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-06739**

## O R D E R

The clerk's record was filed August 23, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Steven A. Sunde's Original Petition in intervention file June 28, 2016 and (2) All exhibits attached to the motion to vacate and set aside judgment file on March 29, 2018 .

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 6, 2019, containing (1) Steven A. Sunde's Original Petition in Intervention file June 28, 2016 and (2) All exhibits attached to the motion to vacate and set aside judgment file on March 29, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists Chief Justice Frost and Justices Christopher and Bourliot.